IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| CLIFFORD EDWARD STIVER, JR., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 7:21cv00624 |
| | ) | |
| v. | ) | **MEMORANDUM OPINION** |
| | ) | |
| DAVID DUNFORD, *et al.*, | ) | By:   Hon. Thomas T. Cullen |
| | ) |        United States District Judge |
| Defendants. | ) | |

Plaintiff Clifford Edward Stiver, Jr., a former inmate proceeding *pro se,* filed this civil action under 42 U.S.C. § 1983. After filing the action, Stiver advised the court that he had been released from incarceration. (*See* ECF No. 41.) By order entered June 3, 2022, the court advised Stiver that, because he was no longer an inmate, he would not be allowed to pay the filing fee in installments under the Prison Litigation Reform Act. (*See* ECF No. 44.) The court ordered Stiver to pay the balance of the filing fee or otherwise respond to the order within 10 days. (*Id.*) The court warned Stiver that failure to pay the filing fee or otherwise respond to the order would result in immediate dismissal of the action without prejudice. (*Id.*) Stiver did not respond to the court's order. Accordingly, the court will dismiss this action without prejudice for failure to comply.

The clerk is directed to send copies of this Memorandum Opinion and accompanying Order to the parties.

**ENTERED** this 17th day of June, 2022.

*/s/ Thomas T. Cullen*_____
HON. THOMAS T. CULLEN
UNITED STATES DISTRICT JUDGE